**Order entered January 23, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01468-CV
No. 05-16-01470-CV

**IN RE ALEX RAMIRO PRADO, Relator**

**Original Proceeding from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-421005 and F14-421015**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's December 15, 2016 petition for writ of mandamus.

/s/    ELIZABETH LANG-MIERS
        JUSTICE